RECEIVED

SEP 2 5 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:25-cr-049 |
| v. | ) | INDICTMENT |
| DANIEL THOMAS COLDEWEY, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Distribution of a Controlled Substance Resulting in Serious Bodily Injury)**

On or about April 14, 2025, the Southern District of Iowa and elsewhere, the defendant, DANIEL THOMAS COLDEWEY, knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, resulting in, and reasonably foreseeable to all, the serious bodily injury of Victim #1, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____

Corey Rothrock
Assistant United States Attorney