IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,     Case No. 1:25-CR-00049-RGE-WPK

            Plaintiff,

v.

DANIEL COLDEWEY,

            Defendant.

**DEFENDANT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW, Defendant, by and through undersigned counsel and objects to the following paragraphs of the Initial Presentence Investigation Report:

1. Defendant objects to paragraph 21 as there is not sufficient evidence to suggest the quantity of fentanyl pills the Defendant was purchasing regularly.
2. Defendant objects to paragraph 35 as Defendant did not represent any materials related to fentanyl or a substance containing the same.
3. Defendant objects to paragraphs 39 and 43 for reasons directly related to the objection to paragraph 35.

         Respectfully submitted,
         Daniel Coldewey, Defendant

         /s/ Matthew Knipe
         Matthew Knipe, (AT0013082)
         Liberty Law Group, LLC
         13321 California St., Ste. 300
         Omaha, NE 68154
         (402) 865-0501
         matt@libertylawgroup.com
         Lawyer for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM ECR system. I hereby certify that a copy of this document was served on the parties or attorneys of record by ECF/Electronic filing.

/s/ Matthew Knipe
Matthew Knipe, (AT0013082)