IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL THOMAS COLDEWEY,<br><br>        Defendant. | **No. 1:25-cr-00049-RGE-WPK**<br><br>**SENTENCING<br>WITNESS LIST** |

## GOVERNMENT WITNESSES

| NAME | DATE | TIME | |
|---|---|---|---|
| | | START | STOP |
| **Matthew Conahan** | **7/21/2026** | **2:14 p.m.** | **2:33 p.m.** |
| Direct | | 2:14 p.m. | 2:30 p.m. |
| Cross | | 2:30 p.m. | 2:32 p.m. |
| Re-direct | | 2:32 p.m. | 2:33 p.m. |
| Re-cross | | - | - |

## DEFENSE WITNESSES

| NAME | DATE | TIME | |
|---|---|---|---|
| | | START | STOP |
| No Witnesses | | | |

1